

**ORDERED in the Southern District of Florida on August 10, 2022.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  ANGELA KUNKEL

                                Case No.    21-19657-LMI
                                Chapter 13

_____Debtor_____/

## AGREED ORDER ON DEBTOR'S OBJECTION TO CLAIM NO. 5 OF U.S. SMALL BUSINESS ADMINISTRATION

THIS CASE came on to be heard on the Chapter 13 Consent Calendar on August 9, 2022 at 9:00 a.m. on upon the Debtor's Objection to Claim No. 5 of U.S. Small Business Administration [D.E. 119] and based upon the record and agreement of the parties, it is:

**ORDERED** AS FOLLOWS:

1. The Debtor's Objection to Claim No. 5 is **SUSTAINED**.

2. Claim No. 5 is **ALLOWED AS A SECURED CLAIM**, and no part shall be deemed as an unsecured claim, regardless of the original classification in the proof of claim as filed.

3.  U.S. Small Business Administration shall not receive a distribution from the Chapter 13
    Trustee.

**###**

Timothy S. Kingcade, Esq.
1370 Coral Way
Miami, FL 33145

The party submitting the order shall serve a copy of the signed order on all required parties and file with the
court a certificate of service conforming with Local Rule 2002-1(F).

LF-25 (rev. 12/01/15)