UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:
ANGELA KUNKEL AKA ANGELA HELEN
KUNKEL AKA ANGELA H KUNKEL AKA
ANGELA HELEN WILLIAMSON AKA
ANGELA H WILLIAMSON-KUNKEL AKA
ANGELA WILLIAMSON-KUNDEL AKA
ANGELA H WILLIAMSON AKA ANGELA
HELEN WILLIAMSON-KUNKEL ,

    Debtor(s).
_____/

CASE NO.: 21-19657-LMI
CHAPTER 13

### CREDITOR'S RESPONSE TO MOTION TO SELL HOMESTEAD REAL ESTATE
*Subject property: 1120 VONPHISTER ST, KEY WEST, FL 33040*

**COMES NOW,** U.S. Bank Trust National Association, as Trustee for Treehouse Series V Trust **(**the "Creditor"**)**, by and through undersigned counsel and files this its Response to the Debtor's Motion to Sell Homestead Real Estate [D.E. 136] and states as follows:

1. Debtor filed the instant Chapter 13 Bankruptcy Petition on October 6, 2021.

2. The Creditor holds a first mortgage security interest on real property located at *1120 VONPHISTER ST, KEY WEST, FL 33040* recorded in Official Records Book 1902, Page 1764 in the public records of Monroe County, Florida on June 26, 2003.

3. Creditor filed its Proof of Claim 2 on October 25, 2021 providing a total debt as of petition filing date on $ 1,713,377.66, arrears of $ 881,800.30 and contractual payments in the amount of $6,826.09.

4. On September 23, 2022, the Debtor filed a Motion to Sell Homestead Real Estate [D.E. 136]. Pursuant to the motion, the Debtor is proposing to sell the homestead property in which Creditor's claim is secured.

5. Creditor does not object to the sale of the subject property provided that any sale provide a full payoff as established by a current payoff statement of the claim as held by the Creditor.

6. Creditor requires that any sale of the secured collateral be subject to receipt of a payoff statement provided by Creditor and that the claim by creditor is paid off in full and final satisfaction of the claim.

7. In the event the sale does not take place, Creditor shall retain its respective lien for the full amount due under the terms of the loan.

**WHEREFORE**, U.S. Bank Trust National Association, as Trustee for Treehouse Series V Trust, respectfully request the Debtor's Motion to Sell Homestead real estate be granted subject to full payment of Creditor's claim and that a payoff be obtained by Debtor to ensure the correct payoff amount is submitted and that the Court enter any and all relief it deems just and appropriate.

Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor (SHD No. 1692-177568)**
PO BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252
By:  /s/ Ida A. Moghimi-Kian
    Ida A. Moghimi-Kian
    Florida Bar No.56395
    IMoghimi-Kian@dallegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day, October 27, 2022, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

ANGELA KUNKEL AKA ANGELA HELEN KUNKEL
AKA ANGELA H KUNKEL
AKA ANGELA HELEN WILLIAMSON
AKA ANGELA H WILLIAMSON-KUNKEL
AKA ANGELA WILLIAMSON-KUNDEL
AKA ANGELA H WILLIAMSON
AKA ANGELA HELEN WILLIAMSON-KUNKEL
1120 VONPHISTER STREET
KEY WEST, FL 33040
Debtor(s)

TIMOTHY S KINGCADE, ESQ
1370 CORAL WAY
MIAMI, FL 33145
Attorney for Debtor(s)

NANCY K.NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
Trustee

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
U.S. Trustee

                                        Diaz Anselmo & Associates, P.A.
                                        Attorneys for Creditor (SHD No. 1461-180824)
                                        PO BOX 19519
                                        Fort Lauderdale, FL 33318
                                        Phone: (954) 564-0071
                                        Fax:  (954) 564-9252
                                        By:  /s/ Ida A. Moghimi-Kian
                                            Ida A. Moghimi-Kian
                                            Florida Bar No.56395
                                            IMoghimi-Kian@dallegal.com