

ORDERED in the Southern District of Florida on April 7, 2023.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: ANGELA KUNKEL,                                  Case No.: 21-19657-LMI
         Debtor.              /                    Chapter 13

### ORDER GRANTING *DEBTOR'S EXPEDITED MOTION TO AUTHORIZE THE "SALE" OF DEBTOR'S HOMESTEAD REAL PROPERTY TO EFFECT A DE FACTO REFINANCE OF SAME* [ECF#171]

THIS MATTER came before the court on the Chapter 13 Consent Calendar at 9:00 A.M. on the 4th day of April 2023 on *Debtor's Expedited Motion to Authorize the "Sale" of Debtor's Homestead Real Property to Effect a De Facto Refinance of Same* (the "Motion") [ECF#171], and based on the record, it is

    **ORDERED that**

    1.    The Motion is GRANTED;

    2.    The Debtor is authorized to complete the sale of her homestead real property ("the Homestead") to her husband as described in the contract attached to the Motion to effect a *de facto* refinance of same. The Homestead is located at 1120 Von Phister Street, Key West, Florida 33040, legally described as:

Property ID Number 1039543

```
On the Island of Key West and known on William A. Whitehead's map,
delineated in February. A.D., 1829 , as part of Tract 18, and now
better known as Lot 14 and a part of Lot 15 in Square 3 of said Tract
18, according to the WEBB REALTY COMPANY PLAT of Tract 18, recorded
in Plat Book 1, at page 42, Monroe County, Florida Public Records;
Commencing at a point on Von Pfister Street distance 252 feet from
the corner of Von Pfister Street and White Street and running thence
along Von Pfister Street in a Southwesterly direction 60 feet;
thence at right angles in a Southeasterly direction 97 feet and 6
inches;  thence at right angles in a Northeasterly direction 60 feet;
thence at right angles in a Northwesterly direction 97 feet and 6
inches to Von Pfister Street to the point of beginning.
```

also

```
On the Island of Key West, being part of Lot 15, of Square 3, Tract
18, WEBB REALTY CO'S PLAT, according to the plat thereof recorded in
Plat Book 1, Page 42, of the Public Records of Monroe County,
Florida, and being more particularly described as follows:  From a
point of beginning proceed on the Southerly side of Von Pfister
Street in a Southwesterly direction from the corner of White and Von
Pfister Streets a distance of 252 feet to a point, thence at right
angles in a Southeasterly direction 97 feet and 6 inches to a point;
thence at right angles in a Northeasterly direction parallel to Von
Pfister Street a distance of 13 feet to a point;  thence at right
angles in a Northwesterly direction 97 feet and 6 inches to Von
Pfister Street; thence at right angles in a Southwesterly direction
13 feet to the Point of Beginning.
```

; and

3. Secured Creditor, U.S. Bank Trust National Association as trustee for Treehouse Series V Trust, shall receive payment in full of all amounts due and secured by its mortgage at the closing on the sale of the Homestead, and the Debtor shall obtain an updated Payoff Statement from Secured Creditor prior to closing on the sale of the Homestead.

###

SUBMITTED BY: James Schwitalla, Esquire
The Bankruptcy Law Offices of James Schwitalla, P.A.
12954 SW 133 Court, Miami, FL 33186
Phone: 305.278.0811, Fax: 305.278.0812
jws@MiamiBKC.net

THE FOLLOWING PARTIES ARE TO RECEIVE A CONFORMED COPY OF THIS ORDER:
Debtor, Chapter 13 Trustee, Lender

Attorney Schwitalla is directed to serve copies of this order on all required parties that do not receive on electronically and file a certificate of service.